1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC; NELIDA MENDIOLA; MARIA NAVA; and MARTHA LEMOS,**         Plaintiffs,   vs.  **HENRY NUNEZ;  and MINNIE AVILA ,**         Defendants. | Case No.  1:10-CV-02073-LJO-DLB   **REVISED ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

Based upon the foregoing application, and good cause appearing therefore, it is hereby ORDERED that the mandatory scheduling conference is continued to March 2, 2011 at 9:15 am.   If counsel intends to appear by telephone, then they are directed to coordinate a conference call and call chambers last at (559) 499-5670.

IT IS SO ORDERED.

    Dated:   February 9, 2011                /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE