**Daniel L. Harralson, Esq., #109322**
DANIEL L. HARRALSON LAW CORPORATION
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559)486-4560
Facsimile: (559)486-4500


Attorney for Defendant: HENRY D. NUNEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| FAIR HOUSING COUNCIL OF CALIFORNIA, INC., NELIDA MENDIOLA, MARIA NAVA and MARTHA LEMOS, | ) ) ) ) ) | Case No: | 1:10-CV-02073-LJO-DLB |
|---|---|---|---|
| Plaintiffs, | ) ) | | |
| vs. | ) ) | **STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL DISCOVERY RESPONSES ORDER** | |
| HENRY NUNEZ and MINNIE AVILA, | ) ) ) | **Hearing:** | |
| Defendants. | ) ) ) | Date: June 24, 2011<br>Time: 9:00 a.m.<br>Room: DLB | |

    IT IS HEREBY STIPULATED by the parties to continue the Hearing on Plaintiffs' Motion to Compel Discovery Responses from June 17, 2011 at 9:00 a.m. to and until June 24, 2011 at 9:00 a.m. in Room DLB before Magistrate Dennis L Beck, Magistrate Judge of the United States District Court, Eastern District of California.


Date: __June 14, 2011_____     By: _____/S/_____
                                                Daniel Harralson, Attorney for
                                                Defendant, HENRY D. NUNEZ

Date: __June 14, 2011_____          By:____/S/_____

                                                                Christopher Brancart,
                                                                Attorney for Plaintiffs

## **ORDER**

IT IS SO ORDERED.

Dated:   **June 15, 2011**                              /s/ *Dennis L. Beck*
                                                                       UNITED STATES MAGISTRATE JUDGE