# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC., et al., | ) ) ) | 1:10cv02073 LJO DLB |
| Plaintiffs, | ) ) ) ) | ORDER REGARDING PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL REPLY BRIEF |
| v. | ) ) | (Document 70) |
| HENRY D. NUNEZ, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

On January 10, 2012, Plaintiffs Fair Housing Council of Central California, Inc., Nelida Mendiola, Martha Lemos and Maria Nava ("Plaintiffs") filed a request seeking leave of Court to file a supplemental reply brief in support of their pending motion to file a first amended complaint. Plaintiffs filed their initial reply brief on January 6, 2012.

In the request, Plaintiffs' counsel explain that they were out of the country from December 27, 2011 through January 7, 2012, and were unable to prepare the reply brief due on January 6, 2012. Instead, their partner prepared the reply brief. Upon their return, counsel reviewed the brief. Counsel now request leave to file a supplemental reply brief to provide the Court with more information countering defendant's arguments and providing clarification.

For good cause shown, Plaintiffs' request to file a supplemental reply brief is GRANTED.

IT IS SO ORDERED.

Dated: **January 11, 2012**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE