# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNSEL OF CENTRAL CALIFORNIA, INC., et al., | CASE NO. CV F 10-2073 LJO DLB |
| Plaintiffs, | **ORDER TO TERM MOTIONS** (Docs. 32 and 36.) |
| vs. | |
| HENRY NUNEZ, et al., | |
| Defendants. | |

The January 19, 2012 filing of plaintiffs' first amended complaint renders moots defendants' motions to strike and dismiss (docs. 32 and 36). As such, this Court directs the clerk to term docs. 32 and 36. This Court will take no further action regarding the motions to strike and dismiss (docs. 32 and 36).

IT IS SO ORDERED.

**Dated:   January 20, 2012**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE