# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAIR HOUSING COUNCIL<br>OF CENTRAL CALIFORNIA, INC., et al., | ) | 1:10cv02073 LJO DLB |
| | ) | |
| Plaintiffs, | ) | ORDER AMENDING AWARD OF<br>ATTORNEY FEES<br>(Document 45) |
| v. | ) | |
| HENRY D. NUNEZ, et al., | ) | |
| Defendants. | ) | |

On November 3, 2011, the Court issued an order granting the motion to compel financial information discovery and the motion to compel Defendant Henry Nunez to respond to discovery, which were filed by Plaintiffs Fair Housing Council of Central California, Inc., Nelida Mendiola, Martha Lemos and Maria Nava. Document 45.

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), the Court also required Defendant Henry Nunez and his counsel to pay Plaintiffs' reasonable expenses incurred in bringing both of the motions to compel. At the request of Plaintiffs' counsel, the Court ordered Defendant Nunez and his counsel to pay fees in the amount of $1,160.00 to the Eastern District's Pro Bono Panel. Doc. 45, p. 6. On November 3, 2011, Defendant Henry Nunez submitted the payment (cashier's check) for the Pro Bono Panel to the Clerk of the Court for the Eastern District of California, Fresno Division.

The Court erred in ordering payment to the Pro Bono Panel and the cashier's check shall

be returned to Defendant Henry Nunez and his counsel.  Defense counsel is DIRECTED to contact the Clerk of the Court within **seven (7) days** of the date of this order to arrange for pick-up of the cashier's check.

The Court HEREBY AMENDS its order dated November 3, 2011, and directs Defendant Nunez and his counsel to pay fees in the amount of $1,160.00 to Plaintiffs' counsel within **fourteen (14) days** of the date of this order.

IT IS SO ORDERED.

Dated:   **January 23, 2012**                           **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE