# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC., et al., | ) ) ) | 1:10cv02073 LJO DLB |
| Plaintiffs, | ) ) | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | ) ) | |
| HENRY D. NUNEZ, et al., | ) ) ) | **Date: May 30, 2012**<br>**Time: 10:00 a.m.**<br>**Courtroom 9 (DLB)** |
| Defendants. | ) ) ) | |

Pursuant to an agreement by the parties, the Court SETS a settlement conference for May 30, 2012, at 10:00 a.m., in Courtroom 9 before the Honorable Dennis L. Beck.

Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms[1] at the conference.

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five (5) court days prior to the Settlement Conference, the parties shall submit directly to the Magistrate Judge's chambers by email to dlborders@caed.uscourts.gov a

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements. To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1

1 Confidential Settlement Conference Statement. The statement **should not be filed** with the Clerk
2 of the Court **nor served on any other party**, although the parties may file a Notice of Lodging
3 of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with
4 the date and time of the Settlement Conference indicated prominently thereon. Counsel are urged
5 to request the return of their statements if settlement is not achieved and if such a request is not
6 made the Court will dispose of the statement.

The Confidential Settlement Conference Statement shall include the following:

A.  A brief statement of the facts of the case.

B.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C. A summary of the proceedings to date.

D. An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E. The relief sought.

F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated:   **April 4, 2012**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE