# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC., et al., | ) ) ) | 1:10cv02073 LJO DLB |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DEFENDANT HENRY NUNEZ TO RESPOND TO DISCOVERY |
| HENRY D. NUNEZ, et al., | ) ) | |
| Defendants. | ) ) | (Document 94) |
| CYPRESS ESTATES, INC., | ) ) ) | |
| Cross-Complainant, | ) ) | |
| v. | ) ) | |
| NELIDA MENDIOLA, et al., | ) ) | |
| Cross-Defendants. | ) ) ) | |

On January 10, 2012, Plaintiffs Fair Housing Council of Central California, Inc., Nelida Mendiola, Martha Lemos and Maria Nava ("Plaintiffs") filed a motion to compel Defendant Henry Nunez to respond to discovery. Doc. 94. Defendant Henry Nunez filed an opposition. Doc. 97.

On April 5, 2012, the parties filed a stipulation regarding the pending discovery dispute. According to the stipulation, Defendant Henry Nunez has agreed to provide responses to the discovery requests at issue by April 13, 2012. As a result, the parties ask that Plaintiffs' motion to compel be denied, without prejudice, as moot.

Based on the stipulation of the parties, Plaintiffs' motion to compel Defendant Henry Nunez to respond to discovery is HEREBY DENIED, without prejudice, as moot.

IT IS SO ORDERED.

Dated:   **April 6, 2012**                                   **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE