# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC; et al., <br><br>    Plaintiffs, <br><br>  vs. <br><br>HENRY NUNEZ; et al., <br><br>    Defendants. | Case No. 1:10-CV-02073-LJO-DLB <br><br> ORDER RE DISMISSAL OF ACTION |
| CYPRESS ESTATES, INC., <br><br>    Cross-complainant, <br><br>  vs. <br><br>NELIDA MENDIOLA, et al., <br><br>    Cross-defendants. | |

Based upon the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. Defendant Minnie Avila is dismissed with prejudice, each side to bear its own costs, pursuant to the mutual release executed by the parties.

2. Plaintiffs' remaining claims against defendants Cypress Estates, Inc., Henry

Nunez and Joy Nunez are dismissed pursuant to the terms of the consent decree and final order filed concurrently herewith; and

    3.    The cross-complaint of Cypress Estates, Inc. is dismissed with prejudice pursuant to the terms of the mutual release executed amongst the parties; and

    4.    The Court shall retain jurisdiction for purposes of enforcement of the terms of the consent decree.

The clerk is directed to close this action, subject to reopening as necessary.

IT IS SO ORDERED.

Dated:   **June 20, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE